RECEIVED
By Jessica Batista at 5:35 pm, Apr 21, 2021

2020R01209/BL

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| v. | : | Crim. No. 21- 342 (CCC) |
| HASSAN CRAWFORD | : | 18 U.S.C. § 922(g)(1) |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

### COUNT ONE
### (Possession of a Firearm and Ammunition by a Convicted Felon)

On or about November 2, 2020, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**HASSAN CRAWFORD,**

knowing that he had previously been convicted in a court of at least one crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition—namely, one Smith and Wesson .45 caliber pistol, bearing serial number TDT8737, and thirty-five (35) rounds of .45 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

2020R01209/BL

## FORFEITURE ALLEGATION

As a result of committing the firearm offense alleged in this Indictment, the defendant, HASSAN CRAWFORD, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in or used in the commission of such offense, including but not limited to:

(1) One Smith and Wesson .45 caliber pistol, bearing serial number TDT8737; and

(2) Thirty-five (35) rounds of .45 caliber ammunition.

## SUBSTITUTE ASSETS PROVISION

If any of the above described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

2020R01209/BL

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above described forfeitable property.

                                              A TRUE BILL

                                              FOREPERSON

_RACHAEL A. HONIG_ (signed)
RACHAEL A. HONIG
Acting United States Attorney

CASE NUMBER: 21- 342 (CCC)

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

v.

**HASSAN CRAWFORD**

## INDICTMENT FOR
### 18 U.S.C. § 922(g)(1)

A True Bill



**RACHAEL A. HONIG**
*ACTING UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

BENJAMIN LEVIN
*ASSISTANT U.S. ATTORNEY*
*973-645-2762*